JOSEPHINE WOLFF, Respondent, v. FRANK E. WOLFF, Appellant.— Order denying the defendant's motion to direct the plaintiff to reply to the affirmative defenses set forth in the answer, affirmed, without costs. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

## (December 8, 1947.)

NELLIE BRADY, Appellant, v. HELEN McCABE, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

CHILDREN'S BUS SERVICE, INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— (No. 936.) Motion for leave to appeal to the Court of Appeals denied. Defendants' time to answer is extended until twenty days after the entry of the order hereon. (No. 937.) Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1058.]

IRVING FRIEDMAN, Individually and as Coadministrator of the Estate of ARON STORCH, Deceased, Appellant, v. LENA ROSENTHAL, Respondent, et al., Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1059.]

In the Matter of the Accounting of JOSEPH C. DIETSCHE, as Sole Remaining Executor of WALTER SAENGER, Deceased, Respondent. GEORGE LEMANN et al., Copartners Doing Business under the Name of LEMANN & Co., Appellants; MAURICE I. GIAIMO, as Special Guardian for BRUNO W. SAENGER and Another, Infants, Respondents.— Motion for reargument denied, with $10 costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1031.]

PEARL R. JEFFE, Appellant, v. EPHRAIM F. JEFFE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1032.]

LEEGAR REALTY CORP., et al., Respondents, v. ELECTROMATIC MANUFACTURING CORP. et al., Defendants, and SYZYGY REALTY CORPORATION et al., Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1069.]

MARY MASSARO, as Administratrix of the Estate of THOMAS MASSARO, Deceased, Respondent, v. HENRY L. BATTERMAN, Appellant, et al., Defendants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1026.]

BESSIE A. McGUIRE, Appellant, v. JOHN WANAMAKER NEW YORK et al., Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

MORTON MILMAN, Appellant, v. DOROTHY DENNISTON, Respondent.— Motion (renewed, by permission [272 App. Div. 1019], on argument of the appeal) to resettle order of February 24, 1947 (271 App. Div. 988), granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.